UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No.: **3:18CR032(6)** |
| | : | |
| Plaintiff, | : | **JUDGE THOMAS M. ROSE** |
| | : | |
| vs. | : | **RESPONSE IN OPPOSITION TO** |
| | : | **DEFENDANT'S MOTION FOR** |
| **CHANDRA D. HARMON** | : | **TEMPORARY RETURN OF PASSPORT** |
| | : | **AND TRAVEL RESTRICTIONS (R. 165)** |
| Defendant. | : | |
| | : | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney's Office for the Southern District of Ohio, hereby files its response in opposition to defendant's motion for temporary return of passport and travel restrictions (R. 165). **CHANDRA D. HARMON** requests that she be permitted to travel to Hungary and Germany from August 2, 2019 through August 11, 2019. A memorandum in support of the government's position follows.

DATED:   May 8, 2019                                  Respectfully submitted,

                                                      BENJAMIN C. GLASSMAN
                                                      United States Attorney


                                                      s/Amy M. Smith
                                                      AMY M. SMITH (0081712)
                                                      Assistant United States Attorney
                                                      Attorney for Plaintiff
                                                      200 West Second Street
                                                      Suite 600
                                                      Dayton, Ohio 45402
                                                      (937) 225-2910
                                                      Fax: (937) 225-2564
                                                      Email: amy.smith2@usdoj.gov

**MEMORANDUM**

A Criminal Complaint (R. 1) was filed and an Arrest Warrant (R. 2) was issued on February 27, 2018.  **CHANDRA D. HARMON** was arrested in Kentucky on February 28, 2018 and appeared before Magistrate Judge Ovington for an initial appearance and a detention hearing on March 6, 2018.  At that hearing, Pretrial Services recommended release and **CHANDRA D. HARMON** was placed on bond (R. 8) by Magistrate Judge Ovington.  On March 13, 2018, **CHANDRA D. HARMON** was indicted on one count of aiding and abetting while using intimidation, threats, and corruptly persuading another person, or attempting to do so, and engaging in misleading conduct toward another person with the intent to influence, delay, and prevent the testimony of any person in an official proceeding with regard to evidence, in violation of 18 U.S.C. §§ 1512(b) and 2 in conjunction with the death of Robert Caldwell. (R. 20).

Based upon the seriousness of the indicted offense and the fact she resides outside this judicial district together with the absence of any identifiable change in circumstances impacting the statutory factors set forth under 18 U.S.C. § 3142(g), the government respectfully opposes the temporary return of **CHANDRA D. HARMON's** passport and opposes any modification of the current bond conditions.

DATED:   May 9, 2019

Respectfully submitted,

BENJAMIN C. GLASSMAN
United States Attorney

s/Amy M. Smith
AMY M. SMITH (0081712)
Assistant United States Attorney
Attorney for Plaintiff
200 West Second Street
Suite 600
Dayton, Ohio 45402
(937) 225-2910
Fax: (937) 225-2564
Email: amy.smith2@usdoj.gov

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the attached Response in Opposition was electronically filed and served upon Timothy Schneider, Esq, via the CM/ECF system on this 9th day of May, 2019.

                                                s/Amy M. Smith
                                                AMY M. SMITH
                                                Assistant United States Attorney